IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-20838
Summary Calendar

_____

NICOLAE MOISIDIS; MARIANA MOISIDIS,

Plaintiffs - Counter Defendants - Appellants,

versus

JULIE BERNELL, Dr.,

Defendant - Counter Plaintiff - Appellee,

W.R. NORWOOD; S.K. JAMES; LORI UPTON; COUNTY OF HARRIS;
HARRIS COUNTY HOSPITAL DISTRICT BEN TAUB HOSPITAL,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-97-CV-170
--------------------
February 3, 2000

Before HIGGINBOTHAM, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Nicolae and Mariana Moisidis appeal the jury's verdict in favor of Dr. Julie Bernell on claims for assault and the district court's grant of summary judgment in favor of the remaining defendants on their conspiracy and 42 U.S.C. § 1983 claims. The arguments made by the Moisidises lack arguable merit and are thus frivolous. See Howard v. King, 707 F.2d 215, 220 (5th Cir.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1983).  The Moisidises' brief contains no legal citations, confusing and inaccurate record citations, and no coherent argument.  See Moore v. FDIC, 993 F.2d 106, 107 (5th Cir. 1993). Furthermore, the Moisidises have abandoned all of their arguments by failing to brief the legal issues of the case.  See Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993).

No sanctions are imposed at this time; however, the Moisidises are warned that future frivolous filings in this court will invite the imposition of severe sanctions.

The motions to dismiss the appeal made by Bernell, W.R. Norwood, S.K. James, Lori Upton, Harris County, and Harris County Hospital District are GRANTED.  The defendants' motions for costs, attorneys' fees and damages are DENIED.  All other outstanding motions are DENIED AS MOOT.

APPEAL DISMISSED; DEFENDANTS' MOTIONS FOR COSTS, ATTORNEYS' FEES, AND DAMAGES DENIED; SANCTIONS WARNING ISSUED; ALL OTHER OUTSTANDING MOTIONS DENIED AS MOOT.